## HOWELL v. COMMISSIONERS.

(Filed April 12, 1904).

For headnote to this case, see *Barnes v. Commissioners*, at this term.

ACTION by A. M. Howell against the Board of Commissioners of Wilson County, heard by *Judge Frederick Moore,* at Chambers, in Wilson, N. C., February 16, 1904. From a judgment for the plaintiff the defendants appealed.

*Shepherd & Shepherd* and *F. A. & S. A. Woodard,* for the plaintiff.

*Connor & Connor, F. A. Daniels,* and *W. A. Lucas,* for the defendants.

WALKER, J. The facts in this case are substantially like those in *Barnes v. Commissioners,* 135 N. C., 27, decided at this term, and for this reason it must be governed by the principle stated in that case. The Court adjudged that a *mandamus* issue to the defendants commanding them to investigate the application of the plaintiff, and if they should find that he is a fit and proper person to have license, and that the place where he proposes to sell liquors is a suitable one, then to issue an order to the Sheriff to grant him a license upon his paying the fees and taxes as required by law, or show cause why a peremptory *mandamus* should not issue. For the reasons given in *Barnes v. Commissioners of Wilson,* there was error in said judgment. Remanded with directions to dismiss the action.

Error.